UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00015-RGJ-CHL

**SHAUNA GARDNER,**                                                           **Plaintiff,**

v.

**AVERITT EXPRESS, INC.,**                                         **Defendant.**

**SETTLEMENT CONFERENCE REPORT**

On November 13, 2023, the undersigned conducted a settlement conference in the above matter with the following appearances:

    FOR PLAINTIFF:         Shauna Gardner; Lauren E. Berger, counsel

    FOR DEFENDANT:      Laura Wettack; Margaret R.T. Myers, counsel

Settlement negotiations were conducted in good faith, and the Parties reached an agreement for the resolution of all claims.

Therefore, the undersigned Magistrate Judge recommends that this action be dismissed as settled and with leave to reinstate within thirty days after entry of the order of dismissal if the Parties fail to fulfill the terms of the settlement agreement within that time.

*[signature]*

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

4|0     November 13, 2023