UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SHAUNA GARDNER                                                                                        Plaintiff

v.                                                                                    Civil Action No. 3:23CV-15-RGJ

AVERITT EXPRESS, INC.                                                                                Defendant

\* \* \* \* \*

## ORDER

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case [DE 23], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

November 15, 2023

*Rebecca Grady Jennings, District Judge*
*United States District Court*

Copies to: Counsel of Record