# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| SHAUNA GARDNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:23-cv-15-RGJ-CHL |
| | ) |
| AVERITT EXPRESS, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, Shauna Gardner (Plaintiff) and Averitt Express, Inc. (Defendant), by and through their undersigned counsel, stipulate that the above-captioned action be dismissed in its entirety with prejudice, with Plaintiff and Defendant each to bear her/its own costs, attorneys' fees, and expenses.

Respectfully submitted this 30th day of November, 2023,

/s/ *Lauren E. Berger*_____
Andrew Dutkanych
 Lauren E. Berger, admitted *pro hac vice*
Biesecker, Dutkanych & Macer, LLC
411 Main Street
Evansville, IN 47708
(812) 424-1000 (telephone)
(812) 424- 1005 (fax)
Email: lberger@bdlegal.com
*Counsel for Plaintiff*

*/s/ Margaret R. T. Myers*
Margaret R.T. Myers, admitted *pro hac vice*
Joshua Counts Cumby, admitted *pro hac vice*
Adams and Reese LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Tel: (615) 259-1009
Fax: (615) 687-1514
Margaret.Myers@arlaw.com
Joshua.Cumby@arlaw.com

/s/ *Gene F. Zipperle, Jr.*
Gene F. Zipperle, Jr.
Ward Hocker Thornton
Hurstbourne Place, Suite 700
9300 Shelbyville Road
Louisville, Kentucky 40222
Tel: (502) 753-3778
Fax: (502) 583-7018
GZipperle@whtlaw.com


Dated: November 30, 2023